IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| 911 MANAGEMENT, LLC, a Washington Limited Liability Company,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Civil Case No. 08-47-HU<br><br>TEMPORARY RESTRAINING ORDER |

Marc K. Sellers
Schwabe, Williamson & Wyatt, P.C.
1211 S.W. 5th Avenue, Suite 1900
Portland, Oregon  97204

      Attorney for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204

Page 1 - TEMPORARY RESTRAINING ORDER

Goud P. Maragani
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683

      Attorneys for the United States of America

KING, Judge:

This matter came before the court on plaintiff's Motion for Temporary Restraining Order (#3). The court has considered plaintiff's motion and accompanying materials and makes the following findings:

1. Evidence exists that defendant's levy upon plaintiff's bank account may irreparably injure rights in property which are superior to the rights of the defendant in such property;

2. Evidence exists that plaintiff will suffer irreparable harm and loss if defendant is permitted to levy plaintiff's property.

IT IS HEREBY ORDERED THAT:

1. A Temporary Restraining Order is issued immediately;

2. The funds in plaintiff's bank account in US Bank shall not be disbursed to the Internal Revenue Service until further order from this court;

3. US Bank shall freeze the funds that are subject to the levy of January 9, 2008 and not allow plaintiff to access them until further order of this court;

4. This matter is set for an evidentiary hearing at 9:30 a.m. on February 8, 2008;

5. The Temporary Restraining Order shall remain in place through February 8, 2008;

6. The security requirement, as set forth in Federal Rule of Civil Procedure 65(c), is not imposed.

Dated this ____4th_____ day of February, 2008.

                                 ___/s/ Garr M. King_____
                                 Garr M. King
                                 United States District Judge