IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| 911 MANAGEMENT, LLC, a Washington )<br>Limited Liability Company,           )<br>                                                     )<br>                      Plaintiff,             )<br>                                                     )    Civil Case No.  08-47-HU<br>         v.                                       )<br>                                                     )    O R D E R<br>UNITED STATES OF AMERICA,   )<br>                                                     )<br>                      Defendant.         )<br>_____ )| |

     Marc K. Sellers
     Schwabe, Williamson & Wyatt, P.C.
     1211 SW Fifth Avenue, Suite 1900
     Portland, Oregon  97204

          Attorney for Plaintiff

     Kent Robinson
     Acting United States Attorney
     District of Oregon
     1000 SW Third Avenue, Suite 600
     Portland, Oregon  97204-2024

Lauren M. Castaldi
Charles M. Duffy
United States Department of Justice
P. O. Box 683
Ben Franklin Station
Washington, D. C.  20044-0683

    Attorneys for Defendant

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on August 24 ,2009.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation dated August 24, 2009 (#94) in its entirety.

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment (#52) is granted.  911 Management's Motion for Summary Judgment (#57) is denied.  911 Management's Motion to Strike (#71) is denied in part and denied as moot in part.

DATED this ____10th____ day of September, 2009.

                        /s/ Garr M. King
                        GARR M. KING
                        United States District Judge